# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 463 WAL 2017

       Respondent    :

       :   Petition for Allowance of Appeal from

       :   the Order of the Superior Court

       v.        :

       :

JAKE KNIGHT,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.